AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California  E-filing

| | |
|---|---|
| Nathalie Al-Thani | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. |
| Wells Fargo & Company, et. al. | ) |
| Defendant | ) |

CV 08   1745 CW

## Summons in a Civil Action

To: Andrey Movsesyan
    (Defendant's name)

A lawsuit has been filed against you.

    Within ___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Hassan Law Firm
1801 Bush Street, Suite 304
San Francisco, CA 94109

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: APR 1 2008

Deputy clerk's signature

MARY ANN BUCKLEY

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)