REY HASSAN, (CSB #50717)
MARK P MEUSER, (CSB #231335)
HASSAN LAW FIRM
1801 Bush Street, #304
San Francisco, CA 94109
Telephone: (415) 775-9700
Fax: ( 415) 775-2507
E-Mail: reylaw@earthlink.net
e-mail: mpm@markmeuser.com

Attorney for Nathalie Al-Thani, Plaintiff

REY HASSAN, (CSB #50717)
MARK P MEUSER, (CSB #231335)
HASSAN LAW FIRM
1801 Bush Street, #304
San Francisco, CA 94109
Telephone: (415) 775-9700
Fax: ( 415) 775-2507
E-Mail: reylaw@earthlink.net
e-mail: mpm@markmeuser.com

Attorney for Nathalie Al-Thani, Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| NATHALIE AL-THANI,<br><br>            Plaintiff,<br><br>    Vs.<br><br>WELLS FARGO & COMPANY, WELLS FARGO INVESTMENTS, LLC, SHALOM MORGAN, DAN HILKEN, and ANDREY MOVSESYAN<br><br>            Defendants. | Case No.: CV 08-1745 CW<br><br>NOTICE OF APPEARANCE OF MARK MEUSER ON BEHALF OF PLAINTIFF NATHALIE AL-THANI |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Nathalie Al-Thani, does hereby appoint in addition to Rey Hassan, Mark Meuser of the Hassan Law Firm to represent her interest in this matter. Mark Meuser's contact information is as follows: Hassan Law Firm, 1801 Bush Street, Suite 304, San Francisco, CA 94109, telephone: (415) 775-9700, facsimile: (415) 775-2507, email: reylaw@earthlink.net and mpm@markmeuser.com.

1

Al-Thani v. Wells Fargo & Company et. al.
Notice of Appearance

1 | Respectfully submitted this 28th day of April 2008.

2 | HASSAN LAW FIRM

4 | by: /s/ Mark P. Meuser
5 | Rey Hassan (CSB #50717)
  | Mark P Meuser (CSB #231335)
6 | 1801 Bush Street, Suite 304
7 | San Francisco, CA 94109
  | (415) 775-9700 – Telephone
8 | (415) 775-2507 – Facsimile
  | reylaw@earthlink.net
9 | mpm@markmeuser.com

10 | ATTORNEYS FOR PLAINTIFF

2

Al-Thani v. Wells Fargo & Company et. al.
Notice of Appearance

PROOF OF SERVICE
Al-Thani v. Wells Fargo & Company et. al.
USDC Northern District CA CV 08-1745 CW

I declare that: I am employed in the County of San Francisco. On April 28, 2008, I served the following document(s):

NOTICE OF APPEARANCE

_X_ **(by mail)** on all parties in said action, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At the Hassan Law Firm, mail is placed in that designated area, is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in the United States mailbox in the City of San Francisco, California.

____ (**by electronic transfer**) I caused such document(s) to be electronically served to the parties on the Service List maintained on Pacer's website for this case. My electronic business address is mpm@markmeuser.com.

___ **(by personal delivery)** by causing to be personally delivered a true copy thereof to the person and at the street address set forth below.

____ **(by Federal Express)** delivery, with charges thereon fully prepaid, in a Federal Express collection box, at San Francisco, California, and address as set forth below.

_____ **(by fax transmission)** on all parties by transmitting said document(s) from our office facsimile machine (415) 775-2507 to facsimile machine number(s) shown below. Following transmission, I received a "transmission report" from our fax machine indicating that the transmission had been transmitted without error.

| Thomas F. Kopshever<br>Wells Fargo Bank<br>45 Freemont St., Suite 26th Floor<br>San Francisco, CA 94105<br>(415) 975-7864 facsimile<br>thomas.f.kopshever@wellsfargo.com | Counsel for Defendants |
|---|---|

   I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct, and that this declaration was executed on April 28, 2008, at San Francisco, California.

                              __/s/ Mark P. Meuser_____
                              Mark P. Meuser