David C. Powell (SBN 129781)
REED SMITH LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111
**Mailing Address:**
P. O. Box 7936
San Francisco, CA 94120-7936
Telephone:   +1 415 543 8700
Facsimile:    +1 415 391 8269

Eric G. Wallis (SBN 67926)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572
**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084
Telephone:   +1 510 763 2000
Facsimile:    +1 510 273 8832

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NATHALIE AL-THANI,<br><br>        Plaintiff,<br><br>vs.<br><br>WELLS FARGO & COMPANY, WELLS FARGO INVESTMENTS, LLC, SHALOM MORGAN, DAN HILKEN, and ANDREY MOVSESYAN,<br><br>        Defendants. | Case No. CV 08-1745 CW<br><br>**STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

DOCSOAK-9908474.1

Stipulation Extending Defendants' Time To Respond to First Amended Complaint
Al-Thani v. Wells Fargo & Company, et al. – No. CV 08-1745 CW

1  It is hereby stipulated that Defendants Wells Fargo & Company, Wells Fargo Investments,
2  LLC, Shalom Morgan, Andrey Movsesyan and Dan Hilken have up to and including June 9th, 2008
3  within which to file and serve their responses to the First Amended Complaint.

DATED: May 16, 2008.

REED SMITH LLP

By _____
Eric G. Wallis
Attorneys for Defendants
Wells Fargo & Company, Wells Fargo
Investments, LLC, Shalom Morgan,
Dan Hilken, and Andrey Movsesyan

DATED: May 19, 2008.

HASSAN LAW FIRM

By _____
Rey Hassan
Attorneys for Plaintiff

Stipulation Extending Defendants' Time To Respond to First Amended Complaint
Al-Thani v. Wells Fargo & Company, et al. – No. CV 08-1745 CW