UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NATHALIE AL-THANI,

                 Plaintiff(s),

            v.

WELLS FARGO & COMPANY, et al.,

                 Defendant(s).

CASE NO. CV 08-1745 CW

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓     have not yet reached an agreement to an ADR process
      request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference July 8, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Eric G. Wallis | Defendants | (510) 763-2000 | ewallis@reedsmith.com |
| Rey Hassan | Plaintiff | (415) 775-9700 | reyhassan@yahoo.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: June 17, 2008

                                                          Mark P. Hensen
                                                          Attorney for Plaintiff

Dated: June 17, 2008

                                                           Attorney for Defendant

Rev 12.05