David C. Powell (SBN 129781)
Eric G. Wallis (SBN 67926)
REED SMITH LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111
**Mailing Address:**
P. O. Box 7936
San Francisco, CA 94120-7936
Telephone:    +1 415 543 8700
Facsimile:    +1 415 391 8269

Thomas O. Jacob (SBN 125665)
Office of General Counsel
Wells Fargo & Co.
45 Fremont Street, 26th Floor
San Francisco, CA 94105
Telephone:    +1 415-396-4425
Facsimile:    +1 415-975-7864

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NATHALIE AL-THANI,<br><br>             Plaintiff,<br><br>    vs.<br><br>WELLS FARGO & COMPANY, et al.,<br><br>             Defendants. | No. CV 08-1745 CW<br><br>**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (LR 3-16)**<br><br>Honorable Claudia Wilken |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: June 26, 2008.

REED SMITH LLP

By  /s/ Eric G. Wallis
Eric G. Wallis
Attorneys for Defendants

DOCSOAK-9910413.1

– 1 –