1  David C. Powell (SBN 129781)
   Eric G. Wallis (SBN 67926)
2  REED SMITH LLP
   Two Embarcadero Center
3  Suite 2000
   San Francisco, CA 94111
4  **Mailing Address:**
   P. O. Box 7936
5  San Francisco, CA 94120-7936
   Telephone:   +1 415 543 8700
6  Facsimile:   +1 415 391 8269

7  Thomas O. Jacob (SBN 125665)
   Office of General Counsel
8  Wells Fargo & Co.
   45 Fremont Street, 26th Floor
9  San Francisco, CA 94105
   Telephone:   +1 415-396-4425
10 Facsimile:   +1 415-975-7864

11 Attorneys for Defendants

12 Rey Hassan (SBN 50717)
   Mark P. Meuser (SBN 231335)
13 HASSAN LAW FIRM
   1801 Bush Street, #304
14 San Francisco, CA 94109
   Telephone:   +1 415 775 9700
15 Facsimile:   +1 415 775 2507

16 Attorney for Plaintiff

17

18                  UNITED STATES DISTRICT COURT

19                 NORTHERN DISTRICT OF CALIFORNIA

20                       OAKLAND DIVISION

21

| | |
|---|---|
| 22  NATHALIE AL-THANI,                  | No. CV 08-1745 CW |
| 23           Plaintiff,                 | **JOINT RULE 26(F) REPORT FOR INITIAL CASE MANAGEMENT CONFERENCE** |
| 24      vs.                             | |
|     WELLS FARGO & COMPANY, et al.,      | Date:    July 8, 2008 |
| 25                                      | Time:    2:00 pm |
|              Defendants.                | Place:   Courtroom 2 |
| 26                                      | Honorable Claudia Wilken |

27

28

1   Plaintiff and Defendants submit the following Joint Rule 26(f) Report in connection with
2   the Initial Case Management Conference on July 8, 2008.

4   All Defendants except Wells Fargo & Company have filed a motion to compel arbitration
5   of Plaintiff's claims before the Financial Industry Regulatory Authority, Inc. (FINRA) pursuant to
6   the Brokerage Account Agreement that Plaintiff signed. Plaintiff opposes the motion on grounds
7   the arbitration agreement was induced by fraud. The motion is to be heard on August 28, 2008.

9   Defendant Wells Fargo & Company has filed a motion to dismiss the First Amended
10  Complaint or, in the alternative, to stay proceedings pending the arbitration sought by the other
11  Defendants in the motion to compel discussed *supra*. These motions are to be heard on August 28
12  as well.

14  Defendants believe that it is premature to discuss and formulate a discovery plan until the
15  Court rules on the motions, for a granting of the motions to compel arbitration and/or stay
16  proceedings will preclude discovery in this Court pending completion of arbitration. Therefore,
17  Defendants request that the case be exempted from Rule 26(f) planning until the above motions are
18  dispositively decided. Plaintiff wishes to litigate this matter, and is prepared to proceed with
19  discovery including but not limited to depositions of parties, interrogatories and requests for
20  production of documents.

1 | DATED: June 23, 2008.
2 |
3 | REED SMITH LLP
4 | By _____
   | Eric G. Wallis
5 | Attorneys for Defendants
6 | DATED: June 27, 2008.
7 |
8 | HASSAN LAW FIRM
9 | By _____
   | Rey Hassan    Mark P. Meuser
   | Attorneys for Plaintiff

DOCSOAK-9910849.1

— 3 —

Joint Rule 26(f) Report for Initial Case Management Conference
Al-Thani v. Wells Fargo & Company – No. CV 08-1745 CW