IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHALIE AL-THANI,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO & CO.,<br><br>    Defendant.<br>_____/ | No. C 08-01745 CW<br><br>CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE |

    Notice is hereby given that the case management conference, previously set for July 8, 2008, is continued to August 28, 2008, at 2:00 p.m., to be heard along with Defendants' Motion to Dismiss and Strike First Amended Complaint and Defendants' Motion to Compel Arbitration, in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.  The Case Management Statement will be due one week prior to the conference.

*Sheilah Cahill*

Dated:    6/27/08                            _____
                                                            SHEILAH CAHILL
                                                            Deputy Clerk