PROOF OF SERVICE
Al-Thani v. Wells Fargo & Company et. al.
USDC Northern District CA CV 08-1745 CW

I declare that: I am employed in the County of San Francisco. On August 6, 2008, I served the following document(s):

- Plaintiff's Memorandum in Opposition to Defendants' Motion to Compel Arbitration
- Declaration of Mark P. Meuser
- Memorandum in Opposition to Defendant Wells Fargo & Company's Motion to Dismiss
- Proposed Second Amended Complaint

___ **(by mail)** on all parties in said action, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At the Hassan Law Firm, mail is placed in that designated area, is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in the United States mailbox in the City of San Francisco, California.

_X__ **(by electronic transfer)** I caused such document(s) to be electronically served to the parties on the Service List maintained on Pacer's website for this case. My electronic business address is mpm@markmeuser.com.

___ **(by personal delivery)** by causing to be personally delivered a true copy thereof to the person and at the street address set forth below.

____ **(by Federal Express)** delivery, with charges thereon fully prepaid, in a Federal Express collection box, at San Francisco, California, and address as set forth below.

_X____ **(by fax transmission)** on all parties by transmitting said document(s) from our office facsimile machine (415) 775-2507 to facsimile machine number(s) shown below. Following transmission, I received a "transmission report" from our fax machine indicating that the transmission had been transmitted without error.

| Reed Smith, LLP<br>Eric G. Wallis<br>1999 Harrison Street, Suite 2400<br>Oakland, CA 94612<br>(510) 273-8832 | Counsel for Defendants |
|---|---|

    I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct, and that this declaration was executed on August 6, 2008, at San Francisco, California.

                                               __/s/ Mark P. Meuser_____
                                               Mark P. Meuser