United States District Court
For the Northern District of California

1

2

3                    IN THE UNITED STATES DISTRICT COURT

4

5                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

6                                        No. C 08-01745 CW

7    NATHALIE AL-THANI,

8         Plaintiff,                     ORDER DENYING
                                         DEFENDANTS' MOTIONS
9         v.                             WITHOUT PREJUDICE

10   WELLS FARGO & COMPANY; WELLS FARGO
     INVESTMENTS, LLC; SHALOM MORGAN; DAN
11   HILKEN; and ANDREY MOVSESYAN,

12        Defendants.
     _____/
13

14

15        Defendants have moved to dismiss the complaint and to compel

16   arbitration.  However, a motion to transfer this case is currently

17   pending before the Judicial Panel on Multidistrict Litigation.  The

18   Court therefore DENIES Defendants' motions without prejudice to re-

19   filing once the Panel has ruled on the motion to transfer.  If the

20   motion to transfer is denied and Defendants wish to re-file their

21   motions, they must do so within ten days of the Panel's decision.

22   If they do not wish to re-file, they must file a notice with the

23   Court indicating as much within ten days of the Panel's decision.

24   An initial case management conference will then be scheduled.

25        IT IS SO ORDERED.

26

27   Dated: 8/21/08                      _____
                                         CLAUDIA WILKEN
28                                       United States District Judge