1  David C. Powell (SBN 129781)
   Eric G. Wallis (SBN 67926)
2  REED SMITH LLP
   Two Embarcadero Center
3  Suite 2000
   San Francisco, CA 94111
4  **Mailing Address:**
   P. O. Box 7936
5  San Francisco, CA 94120-7936
   Telephone:   +1 415 543 8700
6  Facsimile:   +1 415 391 8269

7  Thomas O. Jacob (SBN 125665)
   Office of General Counsel
8  Wells Fargo & Co.
   45 Fremont Street, 26th Floor
9  San Francisco, CA 94105
   Telephone:   +1 415-396-4425
10 Facsimile:   +1 415-975-7864

11 Attorneys for Defendants

12 Rey Hassan (SBN 50717)
   Mark P. Meuser (SBN 231335)
13 HASSAN LAW FIRM
   1801 Bush Street, #304
14 San Francisco, CA 94109
   Telephone:   +1 415 775 9700
15 Facsimile:   +1 415 775 2507

16 Attorney for Plaintiff

17

18                         UNITED STATES DISTRICT COURT

19                        NORTHERN DISTRICT OF CALIFORNIA

20                               OAKLAND DIVISION

21 NATHALIE AL-THANI,                    |  No. CV 08-1745 CW
22              Plaintiff,               |  STIPULATED ORDER OF DISMISSAL
23     vs.                               |
24 WELLS FARGO & COMPANY, et al.,        |
25              Defendants.              |
26

27

28

— 1 —

1     WHEREAS, in December 2008 this Court ordered that Plaintiff's claims against Defendants Wells Fargo Investments, LLC, Shalom Morgan, Andrey Movsesyan and Dan Hilken be submitted to arbitration and that all proceedings in this action (including those against Defendant Wells Fargo & Company) were stayed until completion of the arbitration or further order of the Court;

    WHEREAS, Plaintiff and all Defendants have resolved their dispute;

    IT IS HEREBY STIPULATED that an order may be entered dismissing this action with prejudice, each side to bear its own costs and attorney's fees.

DATED: April 21, 2009.

REED SMITH LLP

By _/s/ Eric G. Wallis_
Eric G. Wallis
Attorneys for Defendants

DATED: April 24, 2009.

HASSAN LAW FIRM

By _/s/ Rey Hassan_
Rey Hassan
Attorneys for Plaintiff

IT IS SO ORDERED.

Dated: April 29, 2009.    By _/s/ Claudia Wilken_
Claudia Wilken
United States District Judge

US_ACTIVE-101395358.2